```
DAVID M. GIVEN (State Bar No. 142375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
dmg@phillaw.com
```

Attorneys for Defendant JEFFREY ABBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. ABBETT, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>ABBETT ELECTRIC CORPORATION, a California corporation; and JEFFREY ABBETT, an individual,<br><br>  Defendants.<br>_____ | Case No. CV 10-02076 SBA<br><br>San Francisco Superior Court Case No. CGC-10-498763<br><br>**STIPULATION AND ORDER RE MOTION TO TRANSFER VENUE OF ACTION**<br><br>Date: July 27, 2010<br>Time: 1:00 p.m.<br>Courtroom 1 |

## I. RECITALS

WHEREAS, plaintiff originally filed his complaint in this matter in the San Francisco Superior Court; and

WHEREAS, defendant ABBETT ELECTRIC CORPORATION timely removed the matter to this Court in accordance with applicable law (Docket Doc. No. 1); and

WHEREAS, at or around that time, defendant ABBETT ELECTRIC CORPORATION moved to transfer venue of this matter to the Eastern District of California (Docket Doc. No. 6), for reference to that District's Bankruptcy Court, Sacramento Division, in accordance with that District's General Order No. 161, where plaintiff's personal Chapter 11 bankruptcy proceeding is pending before the Honorable Thomas C. Holman, Case No. 09-28058-B-11; and

1     WHEREAS, this matter is a "core proceeding," as that term is used in the Bankruptcy Code, subject to Bankruptcy Court jurisdiction in the aforementioned Chapter 11 proceeding; and

4     WHEREAS, it is in the interest of justice that this lawsuit together with those matters related to it, including without limitation defendants' compulsory counterclaims (all or substantially all of which have previously been filed as claims in plaintiff's bankruptcy court proceeding), be resolved in the context of the aforementioned Chapter 11 proceeding; and

9     WHEREAS, defendants have not yet filed or served a responsive pleading to the complaint, the parties' having agreed to continue that event to a date no later than five (5) business days following notice from the Eastern District of California that the matter has been docketed there, or as the Court may otherwise order; and

13     WHEREAS, the parties intend to reserve their respective rights to demand trial by jury in their respective actions, and on their respective claims, against one another in this matter.

## II. STIPULATION

17     NOW, THEREFORE, the parties through their respective attorneys stipulate and agree as follows:

19     1.     The foregoing recitals are true and correct.

20     2.     For all the foregoing reasons, at its earliest convenience, the Court should transfer this matter to the Eastern District of California, with the expectation that the matter will be referred to that District's Bankruptcy Court, Sacramento Division, in accordance with that District's General Order No. 161, where plaintiff's personal Chapter 11 bankruptcy proceeding is pending before the Honorable Thomas C. Holman, Case No. 09-28058-B-11, thereby resolving the pending motion to transfer venue.

26     3.     In that event, defendants shall serve and file their responsive pleading(s) no later than five (5) business days following notice from the Eastern District of California that the matter has been docketed there, or as the Court may otherwise order; and

1    4.   The parties shall reserve their respective rights to demand trial by jury in
2 their respective actions, and on their respective claims, against one another in this matter.

4  DATED: July 1, 2010                    ROSENQUIST & ASSOCIATES

7                                         By:  _____/s/_____
                                               Nils Rosenquist
                                          Attorneys for Plaintiff GREGORY W.
8                                         ABBETT

10 DATED: July 1, 2010                    LAW OFFICES OF JAMES A. TIEMSTRA

13                                        By:  _____/s/_____
                                               James A. Tiemstra
                                          Attorneys for Defendant ABBETT ELECTRIC
14                                        CORPORATION

16 DATED: July 1, 2010                    PHILLIPS, ERLEWINE & GIVEN LLP

19                                        By:  _____/s/_____
                                               David M. Given
                                          Attorneys for Defendant JEFFREY ABBETT

## III. ORDER

Upon the foregoing stipulation, and for good cause, it is hereby ORDERED that this matter be and hereby is transferred to the United States District Court in and for the Eastern District of California.  The clerk shall forthwith undertake to transfer the file of this matter to that District.  The pending motion to transfer is taken off calendar as moot.

DATED: 6/30/10                            *Saundra B Armstrong*
                                          U.S.D.J.